IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| WILLIAM DCORY MAURICE EASTERLY | ) ) | |

OPINION AND ORDER

Defendant William Dcory Maurice Easterly moved to suppress evidence and statements seized pursuant to Title III orders. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Easterly's motion to suppress be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 172) is adopted.

(2) The motion to suppress (doc. no. 103) is denied.

DONE, this the 14th day of December, 2018.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE