IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| WILLIAM DCORY MAURICE | ) | |
| EASTERLY | ) | |

OPINION AND ORDER

Defendant William Dcory Maurice Easterly moved to suppress evidence found during a search of his home and storage unit pursuant to a search warrant. This case is before the court on the recommendation of the United States Magistrate Judge that Easterly's motion to suppress be denied. Also before the court are Easterly's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 190) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 173) is adopted.

(3) The motion to suppress (doc. no. 101) is denied.

DONE, this the 17th day of December, 2018.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE