IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| WILLIAM DCORY MAURICE | ) | |
| EASTERLY | ) | |

ORDER

Defendant William Dcory Maurice Easterly having filed a motion to withdraw his guilty plea (doc. no. 400), it is ORDERED that the sentencing, now set for August 5, 2019, is continued generally.

DONE, this the 5th day of August, 2019.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE