IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| WILLIAM DCORY MAURICE | ) | |
| EASTERLY | ) | |

ORDER

Defendant William Dcory Maurice Easterly moved to dismiss the indictment against him, with prejudice, because of an alleged violation of the Sixth Amendment to the United States Constitution. This case is before the court on the recommendation of the United States Magistrate Judge that Easterly's motion to dismiss be denied. Also before the court are Easterly's *pro se* objections to the recommendation, filed after defense counsel opted not to file objections.

Upon an independent and *de novo* review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The *pro se* objections (doc. no. 521-1) are

overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 474) is adopted.

(3) The motion to dismiss (doc. no. 443) is denied.

DONE, this the 27th day of December, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**