IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:18cr243-MHT |
| ) | (WO) |
| WILLIAM DCORY MAURICE ) | |
| EASTERLY ) | |

**FINAL ORDER OF FORFEITURE**

Pending before the court is the government's motion for a final order of forfeiture filed on February 3, 2021.

On March 11, 2020, this court entered a preliminary order of forfeiture ordering defendant William Dcory Maurice Easterly to forfeit his interest in in $200,035.00 in United States currency seized from defendant William Dcory Maurice Easterly on or about April 15, 2018; $30,886.00 in United States currency seized from defendant William Dcory Maurice Easterly on or about April 15, 2018; a Diamondback Arms, model DBFS Nine, 9mm pistol, sn: FA9142; a Glock, model GMBH 27, .40 caliber pistol, bearing serial number BDHY205; a Winchester, model 100, .308 caliber rifle, bearing serial number 28026; and, miscellaneous ammunition. (Doc. 547).

The government gave notice of this forfeiture and its intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notified all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Doc. 557);

The government provided direct notice of the order to Kendale Jones (Doc. 548) and David Willingham (Doc. 549).

No third party petition has been filed claiming ownership to the property, and the time for third parties to file a petition has expired.

Accordingly, it is **ORDERED** that the motion for a final order of forfeiture (Doc. 710) is granted as follows:

1. As a result of the guilty plea to count 17 of the superseding indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 21 U.S.C. § 841(a)(1).

2. As a result of the guilty plea to count 20 of the superseding indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 924(c)(1)(A).

3. The court has determined that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); that the defendant has an interest in such property; and, that the government has established the requisite nexus between such property and such offenses:

  a) $200,035.00 in United States currency seized from defendant William Dcory Maurice Easterly on or about April 15, 2018;

  b) $30,886.00 in United States currency seized from defendant William Dcory Maurice Easterly on or about April 15, 2018;

  c) a Diamondback Arms, model DBFS Nine, 9mm pistol, sn: FA9142;

      d) a Glock, model GMBH 27, .40 caliber pistol, bearing serial number BDHY205;

      e) a Winchester, model 100, .308 caliber rifle, bearing serial number 28026; and,

      f) Miscellaneous ammunition.

4. All right, title, and interest in the above-named property is hereby vested in the United States of America.

5. The property shall be disposed of in accordance with the law and this order.

6. The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

7. IT IS FURTHER ORDERED that the clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 2nd day of March, 2021.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE